472 A.2d 615

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Carlos PEREZ, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 23, 1984.

Decided March 16, 1984.

Thomas I. Puleo, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeal Div., Ann Lebowitz, Asst. Dist. Attys., Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.